**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Michael J. STEPHANIC, Jr., Petitioner**

**No. 385 WAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

---

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Carlos GONZALEZ, Petitioner**

**No. 777 MAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**

---

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Tyson Eugene HARTZOG, Petitioner**

**No. 715 MAL 2016**

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW,** this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**